**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7755

DENRICK ERIC BROWN,

Plaintiff - Appellant,

v.

DAVID A. ROBINSON, Deputy Director; KAREN STAPLETON, Disciplinary Appeal Unit Manager; CHRISTOPHER J. GENSINGER, CCB Manager; BRIAN MORAN, Secretary of Public Safety; G. HOLLOWAY, Regional Administrator; HAROLD W. CLARKE, Director; A. WHITE, Assistant Warden; G. F. SIVILS, Chief of Operations; T. TERRY, Chief of Security; T. CHURMURA, Chief of Housing; CHARLES CARPINO, Unit Manager; T. WATKIN, Security Supervisor; J. BARR, Security Officer; CHARLES M. TURNER, Institution Investigator; L. WATSON, Disciplinary Hearing Officer; K. COSBY, Regional Ombudsman; SHARON DUNSON, Grievance Staff; Y. HOLMES, Institution Grievance Staff,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:20-cv-01282-CMH-TCB)

Submitted:  July 25, 2022                                Decided:  August 11, 2022

Before DIAZ, HARRIS, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Denrick Eric Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Denrick Eric Brown appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Brown v. Robinson*, No. 1:20-cv-01282-CMH-TCB (E.D. Va. Dec. 2, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*